**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 25-2453**

BRANDEN D. HARGROVE,

Plaintiff - Appellant,

v.

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,

Defendant - Appellee.

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  Louise W. Flanagan, District Judge.  (5:25-cv-00433-FL)

Submitted:  June 25, 2026                                Decided:  June 29, 2026

Before BENJAMIN and BERNER, Circuit Judges, and TRAXLER, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Branden D. Hargrove, Appellant Pro Se.  James Scott Lewis, Diane Kristine Pappayliou, BUTLER SNOW LLP, Wilmington, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Branden D. Hargrove appeals the district court's orders dismissing his civil action for lack of subject matter jurisdiction and for failure to state a claim, and denying his Fed. R. Civ. P. 59(e) motion to alter the judgment.  We have reviewed the record and find no reversible error.  Accordingly, we affirm the district court's orders.  *Hargove v. State Farm Mut. Auto. Ins. Co.*, No. 5:25-cv-00433-FL (E.D.N.C. Oct. 14, 2025; Dec. 1, 2025).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*